## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joe Pratt,

                    Plaintiff,

                                      Civ. No. 11-926 (RHK/JJG)

v.                                    **ORDER**

Charter Cable Communications, Inc.,

                    Defendant.

This matter is before the Court *sua sponte*.  Having reviewed Defendant's submission in response to the Court's Order to Show Cause regarding diversity jurisdiction, and having concluded that Defendant has made a sufficient showing that jurisdiction exists in this action because the parties are diverse, **IT IS ORDERED** that the Court's Order to Show Cause (Doc. No. 2) is **DISCHARGED**.

Date:  April 26, 2011

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge