# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joe Pratt, | Civil No. 11-926 (RHK/JJG) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Charter Communications, LLC, | |
| Defendant. | |

Pursuant to the Stipulation For Dismissal (Doc. No. 16), **IT IS ORDERED** that all claims against Defendant in this action are **DISMISSED WITH PREJUDICE**, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 29, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge